Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

FILED

# UNITED STATES DISTRICT COURT
for the

__Northern__ District of __Florida__

_____ Division

2022 JUN 21 PM 3: 44

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Mr. Kimble-Wendell.K.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ronald Dion Desantis
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __6:22-cv-1083-CEM-LHP__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kamahl W. Kimble |
| Street Address | 400 N Pine Hills Rd suite #180 |
| City and County | Orlando, Orange |
| State and Zip Code | Florida 32811 |
| Telephone Number | 321-315-2505 |
| E-mail Address | BeeurselF1time@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
  Name: Florida Department of Revenue
  Job or Title (if known): Director Ann Coffin (official capacity) 66 P.004 F.S
  Street Address: P.O. Box 8500
  City and County: Tallahassee, Leon County
  State and Zip Code: Florida 32314-8500
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Department, Florida Business & Proffesional
  Job or Title (if known): 4050 Esplanade Way
  Street Address: 2601 Blair Stone Road
  City and County: Tallahassee, Leon County
  State and Zip Code: Florida 32399-0950
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Orange County Board of Commissioners
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Ann, Tangel-Rodriguez
  Job or Title (if known):
  Street Address: 222 Weber St
  City and County: Orange County, Orlando
  State and Zip Code: Florida 32803-3831
  Telephone Number:
  E-mail Address (if known): cselsp@att.net

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

C. **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

    Name — Dynasty Cuttz Natural Hair Care LLC
    Street Address — 400 N Pine Hills Rd
    City and County — Orlando, Orange County
    State and Zip Code — Florida 32811
    Telephone Number — 321-315-2505

II. **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:



- [✓] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [✓] Relevant state law
- [✓] Relevant city or county law

III. **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:

    Attached Hereto As: Exhibit -A-

B. Dates of employment:

    March 16, 2016 - Present?

C. Employee's job title and a description of the kind of work done:

    Authorized by Article. IV. Section. 3, and Section. 4.

D. Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

E. Number of hours actually worked each week in which a violation is claimed:

Over a 24mo period = 8,500 hrs = 104 wks = 81.73 hrs † 5yrs

F. Description of the alleged violation(s) *(check all that apply)*:

☑ Failure to pay the minimum wage *(explain)*

☑ Failure to pay required overtime *(explain)*

☑ Other violation(s) *(explain)*

G. Date(s) of the alleged violation(s):

H. Additional facts:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff    Kamahl Kimbie

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

    Name of Law Firm    _____
    Street Address       _____
    State and Zip Code   _____
    Telephone Number   _____
    E-mail Address       _____